| AO-10 (WP) Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111) |

| 1. Person Reporting *(Last name, first, middle initial)* LEE, TOM S. | 2. Court or Organization UNITED STATES DISTRICT COURT SOUTHE N DISTRICT OF MS | 3. Date of Report 5/15/2005 |
|---|---|---|
| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time* UNITED STATES DISTRICT COURT JUDGE | 5. eport Type (check appropriate type) ___ Nomination, Date _____ ___ Initial  _X_ Annual ___ Final | 6. Reporting Period 1/01/03 – 12/31/04 |
| 7. Ch mbers or Office Address 245 E. Capitol Street, Suite 110 Jackson, MS 3920] | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date _____ | |

IMPORTANT NOT S: *The instructions accompanying this form must be followed.  Complete all parts, checking the NONE box for each part where you have no reportable information.  Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| X | NONE  (No reportable positions.) | |
| 1 | Board of Trustees | Mississippi College |
| 2 | General Partner | Tom S. Lee Family Limited Partnership |
| 3 | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| X | NONE  (No reportable agreements.) | |
| 1 | | |
| 2 | | |

*(stamp:)* RECEIVED 2005 MAY 23  P 3: 42 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| | DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|---|

### A. Filer's Non-Investment Income

| | | | |
|---|---|---|---|
| | NONE  (No reportable non-investment income.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| | NONE  (No reportable non-investment income.) | |
| 2004 | Director - Community Bancshares of MS, Inc. | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| TOM S. LEE | 5/15/05 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to sp  use and dependent children. See pp. 25-27 of Instructions.)*

|  | SOURCE | DESCRIPTION |
|---|---|---|
|  | NONE (No such reportable reimbursements.) | |

I spoke at the Summer School for Lawyers in Sandestin, FL, which was sponsored by the Mississippi Bar Association.  I was reimbursed for two nights' lodging at the Sandestin Hilton Hotel ($481.80 for July 4 and July 5, 2004), and I received an expense stipend in the sum of $250.00.

## V. GIFTS. *(Includes those to spouse and dependent children.  See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X | NONE (No such reportable gifts.) | | |
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |

## VI. LIABILITIES. *(Includes those of sp  use and dependent children  See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X | NONE (No reportable liabilities.) | | |
| | | | |
| | | | |
| | | | |
| | | | |

| *Value Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 |
| | N=$250,001-$500,000 | O=$500,001-$1,000,000 | | P1=$1,000,001-$5,000,000 |
| | P2=$5,000,001-$25,000,000 | P3=25,000,001-50,000,000 | | P4=50,000,001 or more |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| TOM S. LEE | 5/15/05 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amt. Code1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | NONE (No reportable income, | | | | | | | | | |
| 1 | ING NQ VAR Annuity | None | | M | T | Account fluctuates in value | | | | |
| 2 | Harrison Co., Bd. | A | Int. | | | Redeemed | 7/1 | J | A | |
| 3 | Harrison Co. MS Bd. (PW acct.) | A | I t. | K | T | There were 2 bonds prior to redemption above | | | | |
| 4 | State of MS GO Bonds | A | Int. | K | T | | | | | |
| 5 | Van Kampen Merritt TR | B | Div. | K | T | | | | | |
| 6 | MS O Coupo Bond | None | | M | T | Bond fluctuates in value | | | | |
| 7 | Eaton Vance MS Fund | B | Div. | K | T | | | | | |
| 8 | LA PFA REV RDGB Bond | B | Int. | K | T | | | | | |
| 9 | Biloxi School Bond | B | Int. | K | T | | | | | |
| 10 | MS Hospital EQ & FAC Bd. | A | Int. | K | T | | | | | |
| 11 | Columbus Miss. Bonds (2) | B | Int. | K | T | | | | | |
| 12 | K Mart Commo Stock | None | | | | Sell | 12/8 | J | A | |
| 13 | NBC Capital Corp. Common Stock | A | Div. | | | Sell | 1/27 | L | E | |
| 14 | Shares New Perspective Fd | B | Div. | M | T | | | | | |
| 15 | Shares John Hancock Fund | A | Div. | J | T | | | | | |
| 16 | Shares of Community Bancshares of MS Inc. | D | Div. | P | T | Account fluctuates in value | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 17 ING Variable Annuity | | None | N | T | Account fluctuates in value | | | | |
| 18 Panorama Plus - Mass Mutual | | None | M | T | Account fluctuates in value | | | | |
| 19 John Hancock Fund | A | Div. | L | T | | | | | |
| 20 State of MS GO Bond | B | Int. | K | T | | | | | |
| 21 Land in Scott Co., MS | | None | L | W | | | | | |
| 22 U.S. Series E. Bonds | | None | L | T | Income not realized but bonds increase in value annually | | | | |
| 23 UBS Financial Services, Inc. | A | Int. | K | T | formerly Paine Webber | | | | |
| 24 Oppenheimer - Advantage Mun Liq Fd | A | Int. | K | T | | | | | |
| 25 Oppenheimer Fed Ultra Short Bd. Fd | A | Div. | L | T | | | | | |
| 26 State of MS Hwy. Bond. | A | Int. | J | T | | | | | |
| 27 Phoenix Life | | None | M | T | Life Insurance | | | | |
| 28 Community Bancshares of MS Accts. | C | Int. | M | T | | | | | |
| 29 GS Capt. Growth Fd. | A | Div. | L | T | | | | | |
| 30 ING NQ Annuity | None | | M | T | Account fluctuates in value | | | | |
| 31 Charles Schwab Com. Stock | A | Div. | J | T | | | | | |
| 32 Alliance Bernstein, formerly Alliance Premier Growth | None | | J | T | | | | | |

| 1 Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=15,001-50,00 |
|---|---|---|---|---|---|
| 2 Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| TOM S. LEE | 5/15/05 |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions (includes those of
spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 33 Alliance Technology | None | | J | T | | | | | |
| 34 Davis New York Venture | A | Div. | J | T | | | | | |
| 35 Growth Fund of America | None | | J | T | | | | | |
| 36 New Perspective | A | Div. | J | T | | | | | |
| 37 UBS Pace Growth Equity | None | | J | T | | | | | |
| 38 UBS Pace Equity Investments | None | | J | T | | | | | |
| 39 UBS Tactical Allocation | None | | J | T | | | | | |
| 40 Lord Abbett Aff. | A | Div. | J | T | | | | | |
| 41 Alliance MF, formerly AFD Exchange | | | K | T | Account fluctuates in value | | | | |
| 42 DRDGoldAmerDet, Com.Stock formerly Durban Roodepoort | | None | J | T | | | | | |
| 43 Priority Bank One Acct. | A | Int. | | | Redeem | 12/20 | | | |
| 44 Hartford NG VA. Annuity | | | M | T | Account fluctuates in value | | | | |
| 45 Southern Co. Com. Stock | B | Div. | | | Sell | 10/22 | K | B | |
| 46 Newmont Mining Com. Stock | None | | | | Buy Sell | 2/3 2/6 | K K | A | |
| 47 Northern Trust Com. Stock | A | Div. | | | Buy Sell | 5/11 11/4 | K K | B | |
| 48 Salomon Bros. Com. Stock | A | Div. | J | T | Buy | 2/24 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| TOM S. LEE | 5/15/05 |

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of
spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 49 Colonial Bankgroup Com.Stock | None | | K | T | Buy | 8/23 | K | | |
| 50 Community Bank Amory Com. Stock | None | | L | T | Buy | 3/5 | L | | |
| 51 | | | | | | | | | |
| 52 | | | | | | | | | |
| 53 | | | | | | | | | |
| 54 | | | | | | | | | |
| 55 | | | | | | | | | |
| 56 | | | | | | | | | |
| 57 | | | | | | | | | |
| 58 | | | | | | | | | |
| 59 | | | | | | | | | |
| 60 | | | | | | | | | |
| 61 | | | | | | | | | |
| 62 | | | | | | | | | |
| 63 | | | | | | | | | |
| 64 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

The difference in value of assets from last year's report results from the appreciation or depreciation of the value of the assets. Investments in stock and bonds were made through the Oppenheimer and Paine Webber accounts. A sum necessary to purchase the Community Bank Amory stock was withdrawn from the Oppenheimer Account.

What had been previously listed as Oppenheimer and Co., Inc. on page 1, line 10 was subdivided into Advantage Mun Liq Fd. and Fed Ultra Short Bd. Fd, respectively on lines 24 and 25.

There are some what I consider insignificant name changes of accounts from last year's report and they are in the same positions as on last year's report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____    Date _5/15/05_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
 United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544